| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| EASTERN DISTRICT OF NORTH CAROLINA | |
| Case number *(if known)* _____ Chapter **11** | ☐ Check if this is an amended filing |

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| 1. | Debtor's name | **Six Cooks, LLC** | |
|---|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Blue Forest Market**<br>**DBA  Industrial Puppy**<br>**DBA  Wild Baby**<br>**DBA  Pro Nutrition Labs** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **84-2204169** | |

| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **137 Industrial Drive**<br>**Morehead City, NC 28557**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Carteret**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | |
|---|---|---|

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
|---|---|---|

| Debtor | **Six Cooks, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

4591

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

| Debtor | Six Cooks, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **Six Cooks, LLC**                                              Case number (*if known*) _____
        Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | Six Cooks, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __August  8, 2025__
MM / DD / YYYY

X _____          David K. Cook
Signature of authorized representative of debtor          Printed name

Title _____

**18. Signature of attorney**

X __/s/ David J. Haidt__          Date __August  8, 2025__
Signature of attorney for debtor          MM / DD / YYYY

__David J. Haidt 22092__
Printed name

__Ayers & Haidt, PA__
Firm name

**PO Box 1544**
**307 Metcalf Street**
**New Bern, NC 28563**
Number, Street, City, State & ZIP Code

Contact phone __252-638-2955__          Email address __david@ayershaidt.com__

__22092 NC__
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Six Cooks, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __August  8, 2025__        X _____
                                         Signature of individual signing on behalf of debtor

                                         **David K. Cook**
                                         Printed name

                                         _____
                                         Position or relationship to debtor

Debtor name   **Six Cooks, LLC**

United States Bankruptcy Court for the:   **EASTERN DISTRICT OF NORTH CAROLINA**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alonso Pedrero Puerto Vallarta Mzn 24 Lot 1 Alvaro Obregon Mexico City 01290 | | Promissory Note Six Cooks | | | | $15,000.00 |
| American Express ATTN:  Managing Agent/Officer PO Box 6031 Carol Stream, IL 60197-6031 | | Six Cooks Credit card | | | | $15,337.11 |
| American Express ATTN:  Managing Agent/Officer PO Box 6031 Carol Stream, IL 60197-6031 | | Six Cooks Credit card | | | | $9,114.19 |
| American Express ATTN:  Managing Agent/Officer PO Box 6031 Carol Stream, IL 60197-6031 | | Six Cooks Credit Card | | | | $512.45 |
| BayFirst National Bank ATTN:  Managing Agent/Officer 700 Central Ave., MC 206 Saint Petersburg, FL 33701 | | Six Cooks SBA Loan Also called First Home Bank | | | | $135,729.00 |

| Debtor | Six Cooks, LLC | | Case number *(if known)* | | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CapEc Inventory Based Funding ATTN: Managing Agent/Officer 3440 Hollywood Blvd., Ste. 415 Hollywood, FL 33021 | | Six Cooks - Inventory purchase | | $75,612.00 | $0.00 | $75,612.00 |
| CapEc Inventory Based Funding ATTN: Managing Agent/Officer 3440 Hollywood Blvd., Ste. 415 Hollywood, FL 33021 | | Six Cooks - Inventory purchase | | $42,550.32 | $0.00 | $42,550.32 |
| CapEc Inventory Based Funding ATTN: Managing Agent/Officer 3440 Hollywood Blvd., Ste. 415 Hollywood, FL 33021 | | Six Cooks - Inventory purchase | | $29,847.80 | $0.00 | $29,847.80 |
| CapEc Inventory Based Funding ATTN: Managing Agent/Officer 3440 Hollywood Blvd., Ste. 415 Hollywood, FL 33021 | | Industrial Puppy - Purchase of inventory | | $25,790.38 | $0.00 | $25,790.38 |
| Capital One Business ATTN: Managing Agent/Officer PO Box 71087 Charlotte, NC 28272-1087 | | Six Cooks Credit card | | | | $2,941.12 |
| Chase/Ink ATTN: Managing Agent/Officer PO Box 1423 Charlotte, NC 28201-1423 | | Six Cooks Credit card | | | | $27,266.08 |
| Chase/Ink ATTN: Managing Agent/Officer PO Box 1423 Charlotte, NC 28201-1423 | | Six Cooks Credit card | | | | $45,014.03 |

Debtor __Six Cooks, LLC_____    Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lendistry SBLC, LLC ATTN:  Managing Agent/Officer 767 S. Alameda Street, Suite 340 Los Angeles, CA 90021 | | money loaned to Six Cooks, LLC | | $494,778.73 | $0.00 | $494,778.73 |
| Monty Meister 133 Wildwood Road, Apt. 338 Newport, NC 28570 | | $25,000 promissory note Six Cooks | | | | $20,750.00 |
| Parafin Capital ATTN:  Managing Agent/Officer 301 Howard Street, Ste. 1500 San Francisco, CA 94105 | | Merchant Credit Advance - Six Cooks | | | | $101,766.46 |
| Sales with David, LLC ATTN:  Managing Agent/Officer 139 Industrial Drive Morehead City, NC 28557-8481 | | Inter-company loan | | | | $68,820.00 |
| Uncapped, Ltd. ATTN:  Managing Agent/Officer International House, 36-38 Cornhill London, England EC3V 3NG | | Industrial Puppy | | | | $27,842.15 |
| US Bank ATTN:  Managing Agent/Officer PO Box 790408 Saint Louis, MO 63179-0408 | | Credit card in the name of Blue Forest Market | | | | $12,020.61 |
| US Small Business Administration ATTN:  Managing Agent/Officer 2 North 20th Street, Ste. 320 Birmingham, AL 35203 | | Money loaned to Six Cooks, LLC | | $952,605.30 | $0.00 | $952,605.30 |

**Fill in this information to identify the case:**

Debtor name __**Six Cooks, LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:   Summary of Assets

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*............................................................................................ $ _____0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*........................................................................................ $ _____670,133.98

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.......................................................................................... $ _____670,133.98

### Part 2:   Summary of Liabilities

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ _____1,621,184.53

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................... +$ _____482,113.20

4.  **Total liabilities** ...........................................................................................................................
    Lines 2 + 3a + 3b                                                                                                        $ _____2,103,297.73

**Fill in this information to identify the case:**

Debtor name __Six Cooks, LLC__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Truist** | **Checking - Six Cooks, LLC dba Blue Forest Market** | 1138 | $10,933.24 |
| 3.2. | **Truist** | Checking - Wild Baby | 3181 | $0.00 |
| 3.3. | **Truist** | Checking - Wild Baby | 3173 | $2,512.34 |
| 3.4. | **Truist** | Checking - Pro Nutrition Labs | 1081 | $2,224.08 |
| 3.5. | **Truist** | Checking - Industrial Puppy | 2878 | $4,988.70 |
| 3.6. | **PNC - Six Cooks** | Checking | 3832 | $18.77 |

Debtor  **Six Cooks, LLC**                                Case number *(if known)* _____
_____
Name

| | | | | |
|---|---|---|---|---|
| 3.7. | **PNC - Pro Nutrition Labs** | Checking | 8987 | $45.36 |
| 3.8. | **PNC - Wild Baby** | Checking | 9007 | $12.25 |

4.      **Other cash equivalents** *(Identify all)*

      4.1.   Amazon income account ending in WS70 - freeze on Account by CapEc                    $26,392.59

5.      **Total of Part 1.**

      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          | $47,127.33 |

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

      11a. 90 days old or less:    $ 592,797.21    -    _unknown_    = ....    unknown
                                 face amount         doubtful or uncollectible accounts

12.    **Total of Part 3.**

      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.          | $0.00 |

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |

**Six Cooks LLC**

Accounts Receivable:

| | |
|---|---|
| Amazon Canada distribution | $ 26.34 |
| Amazon Mexico distribution | $ 111.41 |

Notes Receivable for Six Cooks LLC:

| | |
|---|---|
| Pro Nutrition Labs, LLC | $ 141,635.82 |
| Industrial Puppy, LLC | $ 123,236.57 |
| Blue Forest Holdings, LC | $ 151,057.84 |
| ENC Wealth Group | $ 35,093.41 |

**Pro Nutrition Labs**

Related party loans:

| | |
|---|---|
| Blue Forest Market  2/25/25 | $ 27,500.00 |
| Blue Forest Market 2/22/22 | $ 114,135.82 |
| Total | $ 592,797.21 |

Debtor   __Six Cooks, LLC__                                    Case number *(if known)* _____
        Name

| 21. | Finished goods, including goods held for resale Wavian, Playmobil and Golfworks - Six Cooks, LLC | $0.00 | | $370,019.81 |
|---|---|---|---|---|
| | US Foods Inventory - Pro Nutrition Labs - perishable | $0.00 | | $10,046.00 |
| | Dog vests, leashes, patchs, dog tags, puppost for service and support animals - Industrial Puppy | $0.00 | | $225,885.84 |
| | Amazon and Warehouse Inventory for Wild Baby | $0.00 | | $12,055.00 |

**22.**     Other inventory or supplies

**23.**     **Total of Part 5.**

        Add lines 19 through 22. Copy the total to line 84.

| $618,006.65 |
|---|

**24.**     **Is any of the property listed in Part 5 perishable?**
        ☐ No
        ■ Yes

**25.**     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
        ■ No
        ☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.**     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No. Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**   **Office furniture** Tables, chairs, desks, couch, charts | $0.00 | | $1,500.00 |

Debtor   **Six Cooks, LLC**                                   Case number *(If known)* _____
         _____
         Name

| | | | |
|---|---|---|---|
| 40. | Office fixtures | | |
| | Shelving units | $0.00 | $1,000.00 |

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                            $2,500.00
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Projector | $0.00 | | $350.00 |
| 3 computers | $0.00 | | $900.00 |

51. **Total of Part 8.**                                                           $1,250.00
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:   Real property**

Debtor    **Six Cooks, LLC**                                                    Case number *(If known)* _____
　　　　　 　Name

54. **Does the debtor own or lease any real property?**

　　■ No. Go to Part 10.
　　☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

　　☐ No. Go to Part 11.
　　■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets **Distribution Agreement as sole distributor for Wavian gas cans with Amazon** | Unknown | | $0.00 |
| 61. Internet domain names and websites **www.blueforestmarket.com** | Unknown | | $0.00 |
| **www.pronutritionlabs.com** | Unknown | | $0.00 |
| **www.industrialpuppy.com** | Unknown | | $0.00 |
| 62. Licenses, franchises, and royalties | | | |
| 63. Customer lists, mailing lists, or other compilations | | | |
| 64. Other intangibles, or intellectual property **Logo packages and brand book for Industrial Puppy** | $0.00 | | $1,250.00 |
| 65. Goodwill **Pro Nutrition Labs** | Unknown | | $0.00 |
| **Industrial Puppy** | Unknown | | $0.00 |

66. **Total of Part 10.**

　　Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| $1,250.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
　　■ No
　　☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
　　■ No
　　☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
　　■ No

Debtor    __Six Cooks, LLC_____    Case number *(If known)* _____
        Name

    ☐ Yes

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor    **Six Cooks, LLC**
Name           Case number *(if known)* _____

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $47,127.33 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $618,006.65 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,250.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,250.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $670,133.98 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $670,133.98 |

**Fill in this information to identify the case:**

Debtor name __Six Cooks, LLC__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| **2.1** | **CapEc Inventory Based Funding**<br>Creditor's Name<br>**ATTN:  Managing Agent/Officer**<br>**3440 Hollywood Blvd., Ste. 415**<br>**Hollywood, FL 33021**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Six Cooks - Inventory purchase**<br><br>Describe the lien<br>**UCC**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | $29,847.80 | $0.00 |
| | Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br>**5001**<br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| **2.2** | **CapEc Inventory Based Funding**<br>Creditor's Name<br>**ATTN:  Managing Agent/Officer**<br>**3440 Hollywood Blvd., Ste. 415**<br>**Hollywood, FL 33021**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Six Cooks - Inventory purchase**<br><br>Describe the lien<br>**UCC**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim? | | $42,550.32 | $0.00 |
| | Creditor's email address, if known<br><br>Date debt was incurred | | | | |

Debtor   **Six Cooks, LLC**
Name

Case number (if known) _____

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5002**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **CapEc Inventory Based Funding** | | $75,612.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**ATTN:  Managing Agent/Officer**
**3440 Hollywood Blvd., Ste. 415**
**Hollywood, FL 33021**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Six Cooks - Inventory purchase**

Describe the lien
**UCC**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/6/2024**

**Last 4 digits of account number**
**5003**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **CapEc Inventory Based Funding** | | $25,790.38 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**ATTN:  Managing Agent/Officer**
**3440 Hollywood Blvd., Ste. 415**
**Hollywood, FL 33021**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Industrial Puppy - Purchase of inventory**

Describe the lien
**UCC**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4001**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | Six Cooks, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Fasanara Securitisation, SA** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**ATTN:  Managing Agent/Officer**
**36-38 Grand-Rue**
**Grand Duchy of**
**Luxembourg, LU**

Creditor's mailing address

**UCC for Six Cooks, LLC**
**NOTICE ONLY**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**1-31-2024**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Lendistry SBLC, LLC** | Describe debtor's property that is subject to a lien | $494,778.73 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**ATTN:  Managing Agent/Officer**
**767 S. Alameda Street,**
**Suite 340**
**Los Angeles, CA 90021**

Creditor's mailing address

**money loaned to  Six Cooks, LLC**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2-20-2025**
Last 4 digits of account number
**3158**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Umpqua Bank** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

---

Debtor   **Six Cooks, LLC**
_____
Name

Case number (if known) _____

Creditor's Name

**ATTN:  Managing Agent/Officer**
**7777 Alvarado Road, Ste. 501**
**La Mesa, CA 91942**
Creditor's mailing address

**NOTICE ONLY**

Describe the lien
_____

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**April 6, 2023**

Last 4 digits of account number
**0971**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **US Small Business Administration** | | | | |
| | Creditor's Name | | | | |

**ATTN:  Managing Agent/Officer**
**2 North 20th Street, Ste. 320**
**Birmingham, AL 35203**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Money loaned to Six Cooks, LLC**

$952,605.30          $0.00

Describe the lien
_____

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**6-28-2020**

Last 4 digits of account number
**7909**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$1,621,184.53

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Debtor    **Six Cooks, LLC**
          _____          Case number (if known) _____
          Name

| Name and address | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| **Davis Wright Tremaine, LLP**<br>**ATTN: Managing Agent/Officer**<br>**920 Fifth Ave., Suite 3300**<br>**Seattle, WA 98104-1610** | | Line __2.1__ | |
| **Texas First Capital Fund II, Inc.**<br>**ATTN: Managing Agent/Officer**<br>**201 Laurence Drive, Suite 203**<br>**Rockwall, TX 75032** | | Line __2.1__ | |

**Fill in this information to identify the case:**

Debtor name __Six Cooks, LLC__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address <br> **Attorney General** <br> **ATTN:  Managing Agent/Officer** <br> **950 Pennsylvania Avenue** <br> **Washington, DC 20530-0009** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: <br> **NOTICE ONLY** | | |
| Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? <br> ☒ No <br> ☐ Yes | | |
| **2.2** Priority creditor's name and mailing address <br> **Carteret County Tax Collector** <br> **ATTN:  Managing Agent/Officer** <br> **302 Courthouse Square** <br> **Beaufort, NC 28516** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: <br> **NOTICE ONLY** | | |
| Last 4 digits of account number **2000** <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? <br> ☒ No <br> ☐ Yes | | |

Debtor   **Six Cooks, LLC**
_____   Case number (if known) _____
　　　　　Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**2.3**   Priority creditor's name and mailing address
**Internal Revenue Service**
**Centralized Insolvency Operations**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

$0.00   $0.00

---

**2.4**   Priority creditor's name and mailing address
**NC Department of Commerce, DES**
**ATTN:  Managing Agent/Officer**
**PO Box 26504**
**Raleigh, NC 27611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

$0.00   $0.00

---

**2.5**   Priority creditor's name and mailing address
**NC Department of Labor/OSHA**
**ATTN:  Managing Agent/Officer**
**1101 Main Service Center**
**Raleigh, NC 27699**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

$0.00   $0.00

---

**2.6**   Priority creditor's name and mailing address
**NC Department of Revenue**
**Office Services Div., Bankruptcy**
**Un**
**PO Box 1168**
**Raleigh, NC 27602-1168**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

$0.00   $0.00

Debtor    **Six Cooks, LLC**                                   Case number *(if known)* _____
_____
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.7** Priority creditor's name and mailing address

**NC Employment Security Commission**
**ATTN:  Managing Agent/Officer**
**PO Box 26504**
**Raleigh, NC 27611**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**NOTICE ONLY**

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

**2.8** Priority creditor's name and mailing address

**Secretary of Treasury**
**ATTN:  Managing Agent/Officer**
**1500 Pennsylvania Ave., NW**
**Washington, DC 20220**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**NOTICE ONLY**

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

**2.9** Priority creditor's name and mailing address

**United States Attorney**
**150 Fayetteville Street**
**Suite 2100**
**Raleigh, NC 27601-2959**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**NOTICE ONLY**

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

**Alonso Pedrero**
**Puerto Vallarta Mzn 24 Lot 1**
**Alvaro Obregon**
**Mexico City 01290**

Date(s) debt was incurred  **11/6/2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note**
**Six Cooks**

Is the claim subject to offset?  ■ No  ☐ Yes

**$15,000.00**

Debtor __Six Cooks, LLC__  
     Name

Case number *(if known)* _____

| | | |
|---|---|---|
| **3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

|   |
|---|

**3.2**

**Nonpriority creditor's name and mailing address**

American Express
ATTN:  Managing Agent/Officer
PO Box 6031
Carol Stream, IL 60197-6031

Date(s) debt was incurred _

Last 4 digits of account number  2007

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Six Cooks Credit Card__

Is the claim subject to offset? ☒ No ☐ Yes

**$512.45**

---

**3.3**

**Nonpriority creditor's name and mailing address**

American Express
ATTN:  Managing Agent/Officer
PO Box 6031
Carol Stream, IL 60197-6031

Date(s) debt was incurred _

Last 4 digits of account number  3001

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Six Cooks Credit card__

Is the claim subject to offset? ☒ No ☐ Yes

**$15,337.11**

---

**3.4**

**Nonpriority creditor's name and mailing address**

American Express
ATTN:  Managing Agent/Officer
PO Box 6031
Carol Stream, IL 60197-6031

Date(s) debt was incurred _

Last 4 digits of account number  3001

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Six Cooks Credit card__

Is the claim subject to offset? ☒ No ☐ Yes

**$9,114.19**

---

**3.5**

**Nonpriority creditor's name and mailing address**

American Express
ATTN:  Managing Agent/Officer
PO Box 6031
Carol Stream, IL 60197-6031

Date(s) debt was incurred _

Last 4 digits of account number  3003

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Credit card__
__Pro Nutrition Labs__
__NOTICE ONLY__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.6**

**Nonpriority creditor's name and mailing address**

American Express
ATTN:  Managing Agent/Officer
PO Box 6031
Carol Stream, IL 60197-6031

Date(s) debt was incurred _

Last 4 digits of account number  2001

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Credit Card__
__Industrial Puppy__
__NOTICE ONLY__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.7**

**Nonpriority creditor's name and mailing address**

American Express
ATTN:  Managing Agent/Officer
PO Box 6031
Carol Stream, IL 60197-6031

Date(s) debt was incurred _

Last 4 digits of account number  1007

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Credit Card__
__Industrial Puppy__
__NOTICE ONLY__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

Debtor    **Six Cooks, LLC**
      Name

Case number (if known) _____

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135,729.00

**BayFirst National Bank**
ATTN:  Managing Agent/Officer
700 Central Ave., MC 206
Saint Petersburg, FL 33701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/13/2024**

Basis for the claim:  **Six Cooks SBA Loan**
**Also called First Home Bank**

Last 4 digits of account number  **9100**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,941.12

**Capital One Business**
ATTN:  Managing Agent/Officer
PO Box 71087
Charlotte, NC 28272-1087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Six Cooks Credit card**

Last 4 digits of account number  **9812**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Capital One Business**
ATTN:  Managing Agent/Officer
PO Box 71087
Charlotte, NC 28272-1087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Credit card**
**Industrial Puppy**
**NOTICE ONLY**

Last 4 digits of account number  **6166**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,014.03

**Chase/Ink**
ATTN:  Managing Agent/Officer
PO Box 1423
Charlotte, NC 28201-1423

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Six Cooks Credit card**

Last 4 digits of account number  **7328**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,266.08

**Chase/Ink**
ATTN:  Managing Agent/Officer
PO Box 1423
Charlotte, NC 28201-1423

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Six Cooks Credit card**

Last 4 digits of account number  **3566**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Chase/Ink**
ATTN:  Managing Agent/Officer
PO Box 1423
Charlotte, NC 28201-1423

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Credit card**
**Industrial Puppy**
**NOTICE ONLY**

Last 4 digits of account number  **3533**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor __Six Cooks, LLC_____     Case number (if known) _____
           Name

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Chase/Ink**
ATTN: Managing Agent/Officer
PO Box 1423
Charlotte, NC 28201-1423

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: __Credit card__
__Industrial Puppy__
__NOTICE ONLY__

Last 4 digits of account number __3616__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**CHTD Company**
ATTN: Managing Agent/Officer
PO Box 2576
Springfield, IL 62708

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2-21-2023__

Basis for the claim: __UCC for Six Cooks, LLC and Blue Forest Market__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**CHTD Company**
ATTN: Managing Agent/Officer
PO Box 2576
Springfield, IL 62708

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2-14-2025__

Basis for the claim: __UCC for Industrial Puppy, LLC__
__NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Goldman Sachs Bank**
ATTN: Managing Agent/Officer
PO Box 45400
Salt Lake City, UT 84145-0400

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: __Line of credit for Pro Nutrition Labs__
__NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Industrial Puppy, Inc./Lisa Harring**
ATTN: Managing Agent/Officer
35 Hutchinson Road
Arlington, MA 02474

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __4-18-2023__

Basis for the claim: __Promissory Note__
__NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,750.00 |

**Monty Meister**
133 Wildwood Road, Apt. 338
Newport, NC 28570

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __9/2024__

Basis for the claim: __$25,000 promissory note__
__Six Cooks__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Six Cooks, LLC** _____   Case number (if known) _____
        Name

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$101,766.46**

**Parafin Capital**
ATTN:  Managing Agent/Officer
301 Howard Street, Ste. 1500
San Francisco, CA 94105

Date(s) debt was incurred  **1/21/25**

Last 4 digits of account number  **001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchant Credit Advance - Six Cooks**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Parafin Capital**
ATTN:  Managing Agent/Officer
301 Howard Street, Ste. 1500
San Francisco, CA 94105

Date(s) debt was incurred  **5/28/2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MCA - Industrial Puppy**
**NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**PayPal Loan Builder**
ATTN:  Managing Agent/Officer
2211 North First Street
San Jose, CA 95131

Date(s) debt was incurred  **April 30, 2025**

Last 4 digits of account number  **0360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pro Nutrition Labs**
**NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**PayPal Loan Builder**
ATTN:  Managing Agent/Officer
2211 North First Street
San Jose, CA 95131

Date(s) debt was incurred  **2/14/2025**

Last 4 digits of account number  **0538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Industrial Puppy**
**NOTICE ONLY**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$68,820.00**

**Sales with David, LLC**
ATTN:  Managing Agent/Officer
139 Industrial Drive
Morehead City, NC 28557-8481

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Inter-company loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Truist Bank**
ATTN:  Managing Agent/Officer
PO Box 791622
Baltimore, MD 21279-1622

Date(s) debt was incurred __

Last 4 digits of account number  **5272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card**
**Industrial Puppy**
**NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | __Six Cooks, LLC__ | Case number (if known) _____ |
|---|---|---|
| | Name | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.26** Nonpriority creditor's name and mailing address
Uncapped, Ltd.
ATTN:  Managing Agent/Officer
International House, 36-38 Cornhill
London, England EC3V 3NG

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                                     $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pro Nutrition Labs
NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address
Uncapped, Ltd.
ATTN:  Managing Agent/Officer
International House, 36-38 Cornhill
London, England EC3V 3NG

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                                 $27,842.15
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Industrial Puppy

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address
US Bank
ATTN:  Managing Agent/Officer
PO Box 790408
Saint Louis, MO 63179-0408

Date(s) debt was incurred _

Last 4 digits of account number  0205

As of the petition filing date, the claim is: Check all that apply.                                                 $12,020.61
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit card in the name of Blue Forest Market

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** Nonpriority creditor's name and mailing address
US Bank
ATTN:  Managing Agent/Officer
PO Box 790408
Saint Louis, MO 63179-0408

Date(s) debt was incurred _

Last 4 digits of account number  8734

As of the petition filing date, the claim is: Check all that apply.                                                     $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit card
Industrial Puppy
NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address
Viably
ATTN:  Managing Agent/Officer
215 E. Chatham Street
Cary, NC 27511

Date(s) debt was
incurred  7/19/24 & 9/25/24 & 10/21/24

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                                     $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 482,113.20 |

Debtor    **Six Cooks, LLC**
_____
Name

Case number (if known) _____

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $    482,113.20

**Fill in this information to identify the case:**

Debtor name **Six Cooks, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
     (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest **Lease of commercial space** | |
| State the term remaining | |
| List the contract number of any government contract | **Blue Forest Fulfillment** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest **Lease of space in commerial building** | |
| State the term remaining | |
| List the contract number of any government contract | **Blue Forest Holdings** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest **Lease of commercial space** | |
| State the term remaining | |
| List the contract number of any government contract | **Blue Forest Market** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest **Leases space in commerical location** | |
| State the term remaining | |
| List the contract number of any government contract | **ENC Wealth Group** |

Debtor 1  __Six Cooks, LLC_____        Case number *(if known)* _____
     First Name      Middle Name      Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of warehouse space**

    State the term remaining

    List the contract number of any government contract

**Sales with David, LLC**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Rent commercial space from ENC Wealth Group**

    State the term remaining

    List the contract number of any government contract

**Six Cooks, LLC**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Exclusive Distributor Agreement - filing bankruptcy will terminate Agreement 5 months**

    State the term remaining

    List the contract number of any government contract

**Swiss-Link, Inc. dba Wavian USA**

---

**Fill in this information to identify the case:**

Debtor name __**Six Cooks, LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

*Column 1: Codebtor*                                                       *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | David Cook | | American Express | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.2 | David Cook | | US Bank | ☐ D _____<br>■ E/F __3.30__<br>☐ G _____ |
| 2.3 | David Cook | | American Express | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.4 | David K. Cook | | American Express | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.5 | David K. Cook | | Capital One Business | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |

Debtor    **Six Cooks, LLC**                                    Case number *(if known)* _____

▇ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |
|---|---|---|
| 2.6   David K. Cook | Chase/Ink | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.7   David K. Cook | American Express | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |
| 2.8   David K. Cook | American Express | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.9   David K. Cook | American Express | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.10  David K. Cook | Capital One Business | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.11  David K. Cook | Chase/Ink | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.12  David K. Cook | Chase/Ink | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |
| 2.13  David K. Cook | Truist Bank | ☐ D _____<br>■ E/F __3.26__<br>☐ G _____ |

Debtor   **Six Cooks, LLC**                                    Case number *(if known)* _____

**▮** Additional Page to List More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                          *Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.14 | **David K. Cook** | **104 Meadowbrook Court**<br>**Swansboro, NC 28584-8039** | **Umpqua Bank** |

■ D   **2.7**
☐ E/F _____
☐ G _____

| | | | |
|---|---|---|---|
| 2.15 | **David K. Cook** | | **Chase/Ink** |

☐ D _____
■ E/F   **3.12**
☐ G _____

| | | | |
|---|---|---|---|
| 2.16 | **Kristin A. Cook** | **104 Meadowbrook Court**<br>**Swansboro, NC 28584-8039** | **Umpqua Bank** |

■ D   **2.7**
☐ E/F _____
☐ G _____

**Fill in this information to identify the case:**

Debtor name    **Six Cooks, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **For year before that:** From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$3,265,232.00** |
   | **For the fiscal year:** From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$2,696,915.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|
   | | |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Six Cooks, LLC**                                          Case number *(if known)*

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Parafin Capital** | 5/13<br>$5,042.85,<br>5/20<br>$3,089.91,<br>6/3<br>$1,912.05,<br>6/10<br>$1,864.05 | $11,908.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  MCA payments |
| 3.2. | **American Express** | 5/14 $912.00;<br>5/22 $95.00,<br>6/9<br>$1,565.42,<br>6/20<br>$2,356.56,<br>6/24 $4,000 | $8,928.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Credit card payments |
| 3.3. | **CapEc** | 5/28 | $10,637.58 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **SwissLink** | 6/24<br>$3,275.00,<br>6/25 $8,000,<br>7/3 $75,486,<br>7/18 $1,024 &<br>7/23 $675 | $88,460.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **See attached list** | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Exhibit for Statement of Financial Affairs - Part 4.1

Transfers between companies

| Date | Description | Amount |
|---|---|---|
| 14-Aug | Transfer to 2878 - Industrial Puppy | $4,100.00 |
| 14-Aug | Transfer to 9152 - Sales with David | $3,500.00 |
| 14-Aug | Transfer to 2908 - Blue Forest Holdings | $4,706.00 |
| 15-Aug | Transfer to 1146 - Six Cooks Inventory acct | $24,500.00 |
| 15-Aug | Transfer to 2878 - Industrial Puppy | $9,500.00 |
| 20-Aug | Transfer to 2908 - Blue Forest Holdings | $5,000.00 |
| 27-Aug | Transfer to 9152 - Sales with David | $3,000.00 |
| 28-Aug | Transfer to 2908 - Blue Forest Holdings | $3,500.00 |
| 28-Aug | Transfer to 2908 - Blue Forest Holdings | $550.00 |
| | | |
| 3-Sep | Transfer to 0746 - ENC Wealth Group | $750.00 |
| 3-Sep | Transfer to 2908 - Blue Forest Holdings | $2,500.00 |
| 4-Sep | Transfer to 2878 - Industrial Puppy | $1,500.00 |
| 5-Sep | Transfer to 2878 - Industrial Puppy | $500.00 |
| 11-Sep | Transfer to 2908 - Blue Forest Holdings | $3,150.00 |
| 11-Sep | Transfer to 9152 - Sales with David | $4,500.00 |
| 12-Sep | Transfer to 1154 - Six Cooks closed marketing acct | $2,539.99 |
| 16-Sep | Transfer to 3173 - Wild Baby | $1,500.00 |
| 17-Sep | Transfer to 2908 - Blue Forest Holdings | $2,500.00 |
| 18-Sep | Transfer to 2878 - Industrial Puppy | $10,000.00 |
| 25-Sep | Transfer to 9152 - Sales with David | $4,500.00 |
| 25-Sep | Transfer to 2908 - Blue Forest Holdings | $6,375.00 |
| | | |
| 1-Oct | Transfer to 2908 - Blue Forest Holdings | $4,500.00 |
| 1-Oct | Transfer to 0746 - ENC Wealth Group | $750.00 |
| 3-Oct | Transfer to 2908 - Blue Forest Holdings | $155.00 |
| 9-Oct | Transfer to 1103- Pro Nutrition Labs | $1,500.00 |
| 9-Oct | Transfer to 9152 - Sales with David | $1,364.51 |
| 15-Oct | Transfer to  9152 - Sales with David | $2,000.00 |
| 15-Oct | Transfer to 9152 - Sales with David | $2,687.00 |
| 15-Oct | Transfer to 2908 - Blue Forest Holdings | $4,750.00 |
| 22-Oct | Transfer to 1081 - Pro Nutrition Labs | $1,500.00 |
| 23-Oct | Transfer to 2908 - Blue Forest Holdings | $4,680.00 |
| 29-Oct | Transfer to 2908 - Blue Forest Holdings | $6,000.00 |
| | | |
| 6-Nov | Transfer to 9152 - Sales with David | $5,000.00 |
| 6-Nov | Transfer to 2908 - Blue Forest Holdings | $3,600.00 |
| 7-Nov | Transfer to 2878 - Industrial Puppy | $7,300.00 |
| 8-Nov | Transfer to 0746 - ENC Wealth Group | $750.00 |
| 12-Nov | Transfer to 2908 - Blue Forest Holdings | $97.05 |
| 12-Nov | Transfer to 2908 - Blue Forest Holdings | $239.10 |
| 13-Nov | Transfer to 9152 - Sales with David | $110.00 |
| 18-Nov | Transfer to 2878 - Industrial Puppy | $4,000.00 |

| | | |
|---|---|---|
| 18-Nov | Transfer to 9152 - Sales with David | $5,000.00 |
| 18-Nov | Transfer to 2878 - Industrial Puppy | $9,000.00 |
| 21-Nov | Transfer to 2908 - Blue Forest Holdings | $2,025.00 |
| | | |
| 4-Dec | Transfer to 2908 - Blue Forest Holdings | $2,500.00 |
| 6-Dec | Transfer to 9152 - Sales with David | $834.46 |
| 9-Dec | Transfer to 0746 - ENC Wealth Group | $750.00 |
| 9-Dec | Transfer to 9152 - Sales with David | $0.26 |
| 18-Dec | Transfer to 9152 - Sales with David | $4,206.82 |
| 19-Dec | Transfer to 2908 - Blue Forest Holdings | $2,133.00 |
| | | |
| 2-Jan | Transfer to 2908 - Blue Forest Holdings | $1,575.00 |
| 6-Jan | Transfer to 9152 - Sales with David | $2,000.00 |
| 8-Jan | Transfer to 2908 - Blue Forest Holdings | $2,800.00 |
| 8-Jan | Transfer to 0746 - ENC Wealth Group | $750.00 |
| 15-Jan | Transfer to 9152 - Sales with David | $3,000.00 |
| 15-Jan | Transfer to 2908 - Blue Forest Holdings | $1,620.00 |
| 21-Jan | Transfer to 2908 - Blue Forest Holdings | $6,500.00 |
| 21-Jan | Transfer to 2878 - Industrial Puppy | $21,500.00 |
| 30-Jan | Transfer to 2908 - Blue Forest Holdings | $1,680.00 |
| 30-Jan | Transfer to 9152 - Sales with David | $3,000.00 |
| | | |
| 10-Feb | Transfer to 0746 - ENC Wealth Group | $750.00 |
| 12-Feb | Transfer to 2908 - Blue Forest Holdings | $1,119.00 |
| 18-Feb | Transfer to 2908 - Blue Forest Holdings | $200.00 |
| 26-Feb | Transfer to 1081 - Pro Nutrition Labs | $30,000.00 |
| 26-Feb | Transfer to 2878 - Industrial Puppy | $30,000.00 |
| 26-Feb | Transfer to 2908 - Blue Forest Holdings | $8,925.00 |
| 26-Feb | Transfer to 2878 - Industrial Puppy | $4,500.00 |
| 26-Feb | Transfer to 3173 Wild Baby | $15,000.00 |
| | | |
| 10-Mar | Transfer to 0746 - ENC Wealth Group | $750.00 |
| 18-Mar | Transfer to 1081 - Pro Nutrition Labs | $5,000.00 |
| | | |
| 7-Apr | Transfer to 2878- Industrial Puppy | $40,000.00 |
| 8-Apr | Transfer to 0746 - ENC Wealth Group | $750.00 |
| | | |
| 8-May | Transfer to 0746 - ENC Wealth Group | $750.00 |
| 14-May | Transfer to 2908- Blue Forest Holdings | $6,000.00 |
| 19-May | Transfer to 2878 - Industrial Puppy | $12,500.00 |
| 23-May | Transfer to 9152 - Sales with David | $25.00 |
| 27-May | Transfer to 9152 - Sales with David | $3,000.00 |
| | | |
| 5-Jun | Transfer to 2908 - Blue Forest Holdings | $7,500.00 |
| 9-Jun | Transfer to 0746 - ENC Wealth Group | $750.00 |
| 18-Jun | Transfer to 1081 - Pro Nutrition Labs | $2,500.00 |
| 18-Jun | Transfer to 2908 - Blue Forest Holdings | $3,000.00 |

| | | |
|---|---|---|
| 26-Jun | Transfer to 9152 - Sales with David | $750.00 |
| 8-Jul | Transfer to 0746 - ENC Wealth Group | $750.00 |
| 22-Jul | Transfer to 0746 - ENC Wealth Group | $750.00 |

### Payments for Sales with David debt

| | | |
|---|---|---|
| 26-Aug | Truist - Note 004 | $2,427.18 |
| 25-Sep | Truist - Note 004 | $2,427.18 |
| 25-Oct | Truist - Note 004 | $2,427.18 |
| 25-Nov | Truist - Note 004 | $2,427.18 |
| 26-Dec | Truist - Note 004 | $2,427.18 |
| 27-Jan | Truist - Note 004 | $2,427.18 |
| 25-Feb | Truist - Note 004 | $2,427.18 |
| 25-Mar | Truist - Note 004 | $2,427.18 |
| 25-Apr | Truist - Note 004 | $2,427.18 |
| 27-May | Truist - Note 004 | $2,427.18 |
| 25-Jun | Truist - Note 004 | $2,427.18 |
| 25-Jul | Truist - Note 004 | $2,427.18 |

### Bill.com transfers to other companies

| | | |
|---|---|---|
| 14-May | Blue Forest Holdings | $4,000.00 |
| 27-May | Blue Forest Holdings | $9,500.00 |
| 17-Jun | Blue Forest Holdings | $750.00 |
| 20-Jun | Blue Forest Holdings | $10,000.00 |
| 25-Jun | Blue Forest Holdings | $7,000.00 |
| 11-Jul | Blue Forest Market | $5,895.00 |
| 18-Jul | Blue Forest Fulfillment | $5,315.10 |
| 18-Jul | Blue Forest Holdings | $9,450.00 |
| 23-Jul | Blue Forest Holdings | $7,100.00 |

Insider transactions - payments to David Cook's personal credit cards

| Date | Card | Amount |
|---|---|---|
| 23-Sep | barclay card | 247.62 |
| 1-Oct | Alliant card | 436.00 |
| 16-Oct | barclay card | 101.87 |
| 12-Nov | barclay card | 100.85 |
| 13-Nov | Alliant card | 429.00 |
| 5-Dec | Alliant card | 418.00 |
| 20-Dec | barclay card | 1,000.00 |
| 6-Jan | barclay card | 88.70 |
| 22-Jan | barclay card | 7,500.00 |
| 22-Jan | Alliant card | 810.00 |
| 23-Jan | Alliant card | 7,500.00 |
| 27-Feb | barclay card | 1,200.00 |
| 27-Feb | Alliant card | 5,151.74 |

Debtor   **Six Cooks, LLC**                                    Case number *(if known)* _____

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

### Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets — Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

Debtor    **Six Cooks, LLC**                                      Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Ayers & Haidt, PA | | 6/27/25 | $11,500.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? Blue Forest Holdings | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

| Debtor | Six Cooks, LLC | Case number *(if known)* | |
|---|---|---|---|

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Truist** | XXXX-1154 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | Oct 2024 | $0.00 |
| 18.2. | **Truist** | XXXX-1146 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | $0.00 |
| 18.3. | **Truist** | XXXX-1111 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

Debtor   **Six Cooks, LLC**                                    Case number *(if known)* _____

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service From-To |
|---|---|

Debtor    Six Cooks, LLC _____    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  PB Mares | January 2018 - present |
| 26a.2.  Finaloop | April 2024 to February 2025 |
| 26a.3.  JRH Consulting | May 2024 to Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  JRH Consulting | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.  **Umpqua Bank by Pro Nutrition Labs**

26d.2.  **Lendistry SBLC, LLC
ATTN: Managing Agent/Officer
767 S. Alameda Street, Suite 340
Los Angeles, CA 90021**

26d.3.  **Bayfirst Financial
ATTN: Managing Agent/Officer**

26d.4.  **Industrial Puppy, Inc.
ATTN: Managing Agent/Officer
35 Hutchinson Road
Arlington, MA 02474**

27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

Debtor   Six Cooks, LLC _____    Case number *(if known)* _____

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1 | Monty Meister | | |
| | Name and address of the person who has possession of inventory records | | |
| | Monty Meister | | |

---

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David K. Cook | | Six Cooks, LLC | 96.6301 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Bryan Adkison | | Six Cooks, LLC | 0.6740 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Kenneth Cook | | Six Cooks, LLC | 2.6959 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor   **Six Cooks, LLC**                                         Case number *(if known)* _____

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 8, 2025**

Signature of individual signing on behalf of the debtor          **David K. Cook**
                                                                 Printed name

Position or relationship to debtor   _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

## United States Bankruptcy Court
### Eastern District of North Carolina

In re   **Six Cooks, LLC**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **August 8, 2025**

Signature _____

David K. Cook

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re   **Six Cooks, LLC** _____   Case No. _____
                                    Debtor(s)            Chapter    **11** _____

## VERIFICATION OF CREDITOR MATRIX

I, the   of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **August  8, 2025** _____

_____
**David K. Cook**/
Signer/Title

Alonso Pedrero
Puerto Vallarta Mzn 24 Lot 1
Alvaro Obregon
Mexico City 01290

American Express
ATTN: Managing Agent/Officer
PO Box 6031
Carol Stream, IL 60197-6031

Attorney General
ATTN: Managing Agent/Officer
950 Pennsylvania Avenue
Washington, DC 20530-0009

BayFirst National Bank
ATTN: Managing Agent/Officer
700 Central Ave., MC 206
Saint Petersburg, FL 33701

CapEc Inventory Based Funding
ATTN: Managing Agent/Officer
3440 Hollywood Blvd., Ste. 415
Hollywood, FL 33021

Capital One Business
ATTN: Managing Agent/Officer
PO Box 71087
Charlotte, NC 28272-1087

Carteret County Tax Collector
ATTN: Managing Agent/Officer
302 Courthouse Square
Beaufort, NC 28516

Chase/Ink
ATTN: Managing Agent/Officer
PO Box 1423
Charlotte, NC 28201-1423

CHTD Company
ATTN: Managing Agent/Officer
PO Box 2576
Springfield, IL 62708

David K. Cook
104 Meadowbrook Court
Swansboro, NC 28584-8039

Davis Wright Tremaine, LLP
ATTN: Managing Agent/Officer
920 Fifth Ave., Suite 3300
Seattle, WA 98104-1610

Fasanara Securitisation, SA
ATTN: Managing Agent/Officer
36-38 Grand-Rue
Grand Duchy of Luxembourg, LU

Goldman Sachs Bank
ATTN: Managing Agent/Officer
PO Box 45400
Salt Lake City, UT 84145-0400

Industrial Puppy, Inc./Lisa Harring
ATTN: Managing Agent/Officer
35 Hutchinson Road
Arlington, MA 02474

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Kristin A. Cook
104 Meadowbrook Court
Swansboro, NC 28584-8039

Lendistry SBLC, LLC
ATTN: Managing Agent/Officer
767 S. Alameda Street, Suite 340
Los Angeles, CA 90021

Monty Meister
133 Wildwood Road, Apt. 338
Newport, NC 28570

NC Department of Commerce, DE
ATTN: Managing Agent/Officer
PO Box 26504
Raleigh, NC 27611

NC Department of Labor/OSHA
ATTN: Managing Agent/Officer
1101 Main Service Center
Raleigh, NC 27699

NC Department of Revenue
Office Services Div., Bankruptcy Un
PO Box 1168
Raleigh, NC 27602-1168

NC Employment Security Commiss
ATTN: Managing Agent/Officer
PO Box 26504
Raleigh, NC 27611

Parafin Capital
ATTN: Managing Agent/Officer
301 Howard Street, Ste. 1500
San Francisco, CA 94105

PayPal Loan Builder
ATTN: Managing Agent/Officer
2211 North First Street
San Jose, CA 95131

Sales with David, LLC
ATTN: Managing Agent/Officer
139 Industrial Drive
Morehead City, NC 28557-8481

Secretary of Treasury
ATTN: Managing Agent/Officer
1500 Pennsylvania Ave., NW
Washington, DC 20220

Texas First Capital Fund II, Inc.
ATTN: Managing Agent/Officer
201 Laurence Drive, Suite 203
Rockwall, TX 75032

Truist Bank
ATTN: Managing Agent/Officer
PO Box 791622
Baltimore, MD 21279-1622


Umpqua Bank
ATTN: Managing Agent/Officer
7777 Alvarado Road, Ste. 501
La Mesa, CA 91942


Uncapped, Ltd.
ATTN: Managing Agent/Officer
International House, 36-38 Cornhill
London, England EC3V 3NG


United States Attorney
150 Fayetteville Street
Suite 2100
Raleigh, NC 27601-2959


US Bank
ATTN: Managing Agent/Officer
PO Box 790408
Saint Louis, MO 63179-0408


US Small Business Administration
ATTN: Managing Agent/Officer
2 North 20th Street, Ste. 320
Birmingham, AL 35203


Viably
ATTN: Managing Agent/Officer
215 E. Chatham Street
Cary, NC 27511

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **Six Cooks, LLC**

Debtor(s)

Case No.
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Six Cooks, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 8, 2025**

Date

/s/ David J. Haidt

**David J. Haidt 22092**
Signature of Attorney or Litigant
Counsel for **Six Cooks, LLC**
**Ayers & Haidt, PA**
**PO Box 1544**
**307 Metcalf Street**
**New Bern, NC 28563**
**252-638-2955 Fax:252-638-3293**
**david@ayershaidt.com**